UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO TAYLOR,<br><br>Defendant. | Case No.  26-cr-00301-BLF-1   (VKD)<br><br>**ORDER FOR RELEASE FROM CUSTODY ON JULY 3, 2026 AT 8:00 A.M.** |

Defendant Mario Taylor appeared for a detention hearing on June 30 and July 1, 2026.  For the reasons explained on the record during the hearing on July 1, 2026, the Court orders Mr. Taylor released on the bond and conditions of release filed contemporaneously with this order. Mr. Taylor shall be released from the custody of the United States Marshals Service on **July 3, 2026 at 8:00 a.m.**  Upon his release, Mr. Taylor shall be transported directly by his custodian to the New Bridge Foundation, located at 2323 Hearst Ave., Berkeley, California, so that he may be admitted to the residential treatment program before 2:00 p.m. on July 3, 2026.

**IT IS SO ORDERED.**

Dated: July 2, 2026

Virginia K. DeMarchi
United States Magistrate Judge