JODI LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone: (408) 291-7753
Facsimile: (408) 291-7399
Email: Dejan_Gantar@fd.org

Counsel for Defendant TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO TAYLOR,<br>Defendant. | **Case No.:** 26-CR-301 BLF (VKD)<br>**STIPULATION TO TEMPORARILY MODIFY CONDITIONS OF RELEASE RE: TRAVEL; [~~PROPOSED~~] ORDER** |

**STIPULATION**

Defendant Mario Taylor and the Government hereby stipulate and respectfully request that the Court modify Mr. Taylor's conditions of pretrial release to allow him to travel to visit his grandmother for the Thanksgiving holiday. Mr. Taylor's grandmother resides in Twain Harte, which is located in the Eastern District of California. Mr. Taylor will travel there from November 26-27, 2026.

Mr. Taylor resides in San Jose, and his current conditions, which require that he not travel outside the Northern District, do not permit the proposed travel. Accordingly, the parties make the instant request.

Defense counsel has conferred with Pretrial Services Officer Sarai Canales, who does not

oppose this request.

IT IS SO STIPULATED.

Dated: November 17, 2026

JODI LINKER
Federal Public Defender
Northern District of California

/S/
DEJAN M. GANTAR
Assistant Federal Public Defender

Dated: November 17, 2026

CRAIG MISSAKIAN
United States Attorney
Northern District of California

/S/
MARISSA HARRIS
Assistant United States Attorney

# [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon the parties' stipulation, IT IS HEREBY ORDERED that the defendant's pretrial release conditions are modified temporarily to permit the defendant to travel from San Jose to Twain Harte between November 26-November 27, 2026, in the Eastern District of California.

All other conditions remain in full effect.

**IT IS SO ORDERED.**

Dated: November 17, 2026

Virginia K. DeMarchi
HON. VIRGINIA K. DEMARCHI
United States Magistrate Judge